Andrea F. Oxman (SBN 252646)
andrea.oxman@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Alice E. Carranza Vega (SBN 328474)
Alice.CarranzaVega@Jacksonlewis.com
**JACKSON LEWIS P.C.**
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380

Attorneys for Defendant
AMTRUST FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI MOLNAR.<br><br>        Plaintiff,<br><br>    vs.<br><br>AMTRUST FINANCIAL SERVICES, INC, and DOES 1 THROUGH 25, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-315<br><br>**DEFENDANT AMTRUST FINANCIAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**<br><br>[Filed concurrently with Notice of Removal; Civil Case Cover Sheet; Declaration of Andrea F. Oxman; Declaration of Amy Hall; Notice of Interested Parties]<br><br>Complaint filed: October 21, 2021 |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Federal Rule of Civil Procedure 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2)

states that there is no such corporation." In accordance with Rule 7.1(a), the undersigned counsel of record for Defendant AMTRUST FINANCIAL SERVICES, INC. ("AFSI") certifies as follows:

    AFSI is a Delaware corporation with its principal place of business in New York, New York.  AFSI does not have a parent corporation and no publicly held company holds 10% or more of AFSI's stock.

DATED: January 14, 2022   JACKSON LEWIS P.C.

By:  /s/ *Alice E. Carranza Vega*
ANDREA F. OXMAN
ALICE E. CARRANZA VEGA

Attorneys for Defendant
AMTRUST FINANCIAL SERVICES, INC.

4859-1384-4489, v. 1